# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

In re Detention of

F.M.,

        Appellant.

No. 78451-0-I

UNPUBLISHED OPINION

FILED: **FEB 25 2019**

PER CURIAM — F.M. appeals a 14-day involuntary commitment order, arguing there was insufficient evidence supporting the court's finding that she was gravely disabled, the commitment hearing violated her right to due process, and the court failed to enter adequate and timely written findings. The State concedes error as to the insufficiency of the evidence and findings and agrees with F.M. that the commitment order must be vacated. We accept the State's concessions.

Reversed and remanded with directions to vacate the order of commitment.

FOR THE COURT:

_Andrus, J._

_Appelwick, C. J._

_Leach, J._